IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KENNETH NORCROSS,

        Plaintiffs,

v.

WEIPING XIA, ET AL.,

        Defendants.

No. C 14-03390 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **August 10, 2015**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 13, 2015, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/5/15

                RICHARD SEEBORG
                UNITED STATES DISTRICT JUDGE